UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| WARREN OLSEN | : | |
| | : | BANKRUPTCY NO. 26-10497-DJB |
| Debtor | : | |
| | : | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY HOMEOWNER'S EMERGECNY | : | |
| MORTGAGE ASSISTANCE PROGRAM | : | RELATED TO DOCUMENT NO. 16 |
| | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| WARREN OLSEN | : | |
| AND KENNETH E. WEST | : | |
| Respondents | : | |

**WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

AND NOW comes Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program by its attorneys and hereby withdraws the Objections to Chapter 13 Plan, heretofore filed on March 17, 2026 to Docket No. 16, in the above case.

PURCELL, KRUG & HALLER

By: _/s/Katie M. Housman_________
Katie M. Housman, Esquire
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178 ID # 331942
Attorney for Pennsylvania Housing
Finance Agency Homeowners'
Emergency Assistance Program

Dated: September 9, 2026

# CERTIFICATE OF SERVICE

I, Katie M. Housman, attorney for Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program, hereby certify that a true and correct copy of the foregoing Withdrawal of Objections to Chapter 13 Plan was forwarded to the following individuals by regular U. S. Mail, first class service, postage prepaid, on September 9, 2026, addressed as follows:

Warren Olsen
307 West Amosland Road
Norwood, PA 19074

U.S. Trustee
Via E-Mail: ECF/CM

Lawrence Rubin, Esquire
Via E-Mail: ECF/CM

Kenneth E. West, Trustee
Via E-Mail: ECF/CM

/s/Katie M. Housman__________
Katie M. Housman

Dated: September 9, 2026